UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREATER NEW YORK MUTUAL INSURANCE COMPANY,<br><br>                      Plaintiff,<br><br>-against-<br><br>ADMIRAL INDEMNITY COMPANY,<br><br>                      Defendant. | 23-CV-4782 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Case Management Plan and Scheduling Order, ECF No. 15, the parties were required to file a status letter no later than November 30, 2023. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to December 5, 2023.

SO ORDERED.

Dated: December 1, 2023
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge