UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREATER NEW YORK MUTUAL INSURANCE COMPANY, <br><br>         Plaintiff, <br><br> -against- <br><br> ADMIRAL INDEMNITY COMPANY, <br><br>         Defendant. | 23-CV-4782 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  The conference scheduled for December 8, 2023, at 10 AM will now be held **December 8, 2023, at 3 PM** via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 965 821 847, followed by the pound (#) sign.

  SO ORDERED.

Dated: December 7, 2023
    New York, New York

                       _____
                         ARUN SUBRAMANIAN
                         United States District Judge