UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREATER NEW YORK MUTUALINSURANCE COMPANY,<br><br>                                 Plaintiff,<br><br>-against-<br><br>ADMIRAL INDEMNITY COMPANY,<br><br>                                 Defendant. | 23-CV-4782 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      No later than **January 19, 2024**, the parties should file a letter on ECF providing the Court an update on the status of the case and settlement discussions. If the parties have not reached a settlement by that date, the letter should also propose a briefing schedule for summary judgment motions.

      SO ORDERED.

Dated: January 4, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge